MARY'S OPINION HEADING 



NO. 12-03-00412-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS



ROBERT ROBINSON,
§
 APPEAL FROM THE SECOND

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


CHEROKEE COUNTY, TEXAS AND

STATE BAR OF TEXAS, §
 CHEROKEE COUNTY, TEXAS

APPELLEES

______________________________________________________________________________

MEMORANDUM OPINION


PER CURIAM


 This appeal is being dismissed for want of prosecution. Tex. R. App. P. 42.3(b). The trial
court signed its judgment on November 13, 2003, making the clerk's record due on January 12,
2004. By way of request for extension, this deadline was extended to February 11, 2004, and then
to March 1, 2004. On February 25, 2004, this court advised Appellant that, pursuant to Texas Rule
of Appellate Procedure 42.3(c), this appeal would be subject to dismissal unless proof of full
payment to the trial court clerk is provided to this court by March 8, 2004. This court extended the
deadline for filing the clerk's record to March 18, 2004. On March 10, 2004, the Cherokee County
Clerk informed this court that Appellant had paid only a portion of the amount due for the
preparation of the clerk's record and had not made any arrangement to pay the remainder owed for
the record. The clerk also stated that Appellant is not entitled to appeal without paying the fee. As
of March 17, 2004, Appellant has failed to provide proof of full payment. Accordingly, Appellant's
appeal is dismissed for want of prosecution pursuant to Texas Rule of Appellate Procedure 42.3(b).

Opinion delivered March 17, 2004.

Panel consisted of Griffith, J. and DeVasto, J.

Worthen, C.J., not participating.


(PUBLISH)